UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE COTE

---------------------------------------------------------x

KINGS ROAD INVESTMENTS LTD.,

        Plaintiff,

07 CV 3262

Civ. Action No. _____

v.

THE ALLIED DEFENSE GROUP, INC.,

        Defendant.

RULE 7.1 STATEMENT

RECEIVED
APR 23 2007
U.S.D.C. S.D. N.Y.
CASHIERS

---------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kings Road Investments Ltd. (a private non-governmental party), certifies that:

    1.    Polygon Global Opportunities Master Fund is the parent of Kings Road Investments Ltd.;

    2.    Polygon Global Opportunities Fund LP and Polygon Global Opportunities Fund are the parents of Polygon Global Opportunities Master Fund; and

    3.    No publicly held corporation owns 10% or more of the stock of any of the foregoing entities.

Dated: New York, New York
       April 23, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
    Alan R. Glickman (ARG-0927)
    Dana M. Roth (DMR-1438)
    919 Third Avenue
    New York, New York 10022
    (212) 756-2000
    *Attorneys for Kings Road Investments Ltd.*

10392900.1