UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07 CV 3262

KINGS ROAD INVESTMENTS LTD.
          Plaintiff,
vs

THE ALLIED DEFENSE GROUP, INC.,
          Defendant.

AFFIDAVIT OF SERVICE

STATE OF VIRGINIA
COUNTY OF LOUDOUN ,

      This day Shirley Moore personally appeared before the undersigned Notary Public in and for the County and State aforesaid, and, having been first dully sworn according to law, states as follows: that she is not a party to, or otherwise interested in, the subject matter in controversy in the within cause, that she is over the 18 years; that on the 27th day of April, 2007 at 1325 hour, she personally served Deborah Ricci, chief financial officer, accepting for Allied Defense Group at 8000 Towers Crescent Dr., Suite 260, Vienna, VA 22182, with Summons in a Civil Case, Complaint, Individual Practices of US District Judge Denise Cote, Individual Rules of Practice of Judge Kevin Nathaniel Fox and Instructions for Electronic Case Filing.

                                                               Shirley Moore
                                                               Oakton, VA 22124
                                                               Private Process Server

Sworn to before me this 1ST day of MAY 2007
JOHN E. NENNA, Notary Public
Commonwealth of Virginia
My Commission Expires: September 30, 2008

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

KINGS ROAD INVESTMENTS LTD.,

    Plaintiff,

V.

THE ALLIED DEFENSE GROUP, INC.,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 3262

JUDGE COTE

TO: (Name and address of defendant)

The Allied Defense Group, Inc.
8000 Towers Crescent Drive
Suite 260
Vienna, Virginia 22182

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan R. Glickman, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Jessica Ross_ (signature)

(BY) DEPUTY CLERK

DATE: APR 2 3 2007