UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KINGS ROAD INVESTMENTS, LTD.,

          Plaintiff,

v.

THE ALLIED DEFENSE GROUP, INC.,

          Defendant.

------------------------------------------------------------x

Civ. Action No. 07-cv-3262 (DLC)

## STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the time for Defendant, The Allied Defense Group, Inc., to move, answer or otherwise respond to the Complaint filed by Plaintiff, Kings Road Investments, Ltd., be extended from May 17, 2007 to and including May 31, 2007. This is Defendant's first request for an extension of time to move, answer or otherwise respond to the Complaint.

DATED:   May 14, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman (ARG-0927)
Dana M. Roth (DMR-1438)
919 Third Avenue
New York, New York 10022
(212) 756-10022

*Attorneys for Plaintiff,*
*Kings Road Investments, Ltd*

DATED:   New York, New York
          May 22, 2007

SAUL EWING LLP

By: _____
Michael A. Lampert (MAL-1064)
750 College Road East, Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123

*Attorney for Defendant,*
*The Allied Defense Group, Inc.*

SO ORDERED:

_____
United States District Judge

925440.1 5/10/07