UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KINGS ROAD INVESTMENTS LTD.,                :
                Plaintiff,        :     Civ. Action No.: 07-3262 (DLC)
                v.                :
THE ALLIED DEFENSE GROUP, INC.,             :     **CERTIFICATE OF SERVICE**
                Defendant.        :
------------------------------------------------------------x

        The undersigned counsel for Plaintiff Kings Road Investments Ltd. hereby certifies that she caused the Notice of Initial Pretrial Conference and Judge Cote's Individual Practices to be served via Federal Express on May 24, 2007 on the following attorneys:

| | |
|---|---|
| Michael A. Lambert, Esq.<br>Saul Ewing LLP<br>750 College Road East, Suite 100<br>Princeton, New Jersey 08540-6617 | Irving E. Walker, Esq.<br>Saul Ewing LLP<br>Lockwood Place<br>500 East Pratt Street, Suite 800<br>Baltimore, MD 21202 |

Dated: May 24, 2007

                                            _____
                                            Dana M. Roth