UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KINGS ROAD INVESTMENTS, LTD.,

                Plaintiff,

v.

THE ALLIED DEFENSE GROUP, INC.,

                Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07

Civ. Action No. 07-cv-3262 (DLC)

### STIPULATION

    IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the time for Defendant, The Allied Defense Group, Inc., to move, answer or otherwise respond to the Complaint filed by Plaintiff, Kings Road Investments, Ltd., be extended from May 31, 2007 to and including June 14, 2007. This is Defendant's second request for an extension of time to move, answer or otherwise respond to the Complaint. The parties are in settlement discussions.

DATED:    May ___, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman (ARG-0927)
Dana M. Roth (DMR-1438)
919 Third Avenue
New York, New York 10022
(212) 756-10022

*Attorneys for Plaintiff,*
*Kings Road Investments, Ltd.*

DATED:    New York, New York
                May 30, 2007

SAUL EWING LLP

By: _____
Michael A. Lampert (MAL-1064)
750 College Road East, Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123

*Attorney for Defendant,*
*The Allied Defense Group, Inc.*

SO ORDERED: _____
United States District Judge