C570/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KINGS ROAD INVESTMENTS, LTD.,

          Plaintiff,    :    Civ. Action No. 07-cv-3262 (DLC)

v.

THE ALLIED DEFENSE GROUP, INC.,

          Defendant.
------------------------------------------------------------x

**STIPULATION**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/13/07 |

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the time for Defendant, The Allied Defense Group, Inc., to move, answer or otherwise respond to the Complaint filed by Plaintiff, Kings Road Investments, Ltd., be extended from June 14, 2007 to and including June 28, 2007. This is Defendant's third request for an extension of time to move, answer or otherwise respond to the Complaint. The parties are in settlement discussions. *There shall be no further extension.*

DATED:   June ___, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman (ARG-0927)
Dana M. Roth (DMR-1438)
919 Third Avenue
New York, New York 10022
(212) 756-10022

*Attorneys for Plaintiff,*
*Kings Road Investments, Ltd.*

DATED:   New York, New York
         June 13, 2007

SAUL EWING LLP

By: _____
Michael A. Lampert (MAL-1064)
750 College Road East, Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123

*Attorney for Defendant,*
*The Allied Defense Group, Inc.*

SO ORDERED:

_____
United States District Judge

928143.1