COTE, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
KINGS ROAD INVESTMENTS LTD.,  :
           Plaintiff,  :
           v.  :
THE ALLIED DEFENSE GROUP, INC.,  :
           Defendant.  :
-----------------------------------------x

07 Civ. 3262 (DLC)
(ECF Case)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and hereby is, dismissed with prejudice.

Dated:   New York, New York
         July 5, 2007

SCHULTE ROTH & ZABEL LLP

By: _____
Alan R. Glickman
Dana M. Roth
919 Third Avenue
New York, New York 10022
(212) 756-10022

*Attorneys for Plaintiff,
Kings Road Investments, Ltd.*

SAUL EWING LLP

By: _____
Michael A. Lampert
750 College Road East, Suite 100
Princeton, New Jersey 08540-6617
(609) 452-3123

*Attorneys for Defendant,
The Allied Defense Group, Inc.*

SO ORDERED:

_____
Denise Cote
United States District Judge

July 5, 2007

10455636.1